| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| WESTERN DISTRICT OF TEXAS | |
| Case number *(if known)* | Chapter  **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy           04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Kuberlaxmi LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **FKA  Bhaktel, LLC** **DBA  Country Club Inn & Suites** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-2915750** | |
| 4. | **Debtor's address** | **Principal place of business** **1104 Zanderson Ave.** **Jourdanton, TX 78026** Number, Street, City, State & ZIP Code **Atascosa** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** **1101 Country Club Dr. Kirksville, MO 63501** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: | |

Debtor **Kuberlaxmi LLC**        Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **7011**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☐ No.
- ■ Yes.

| | District | When | Case number |
|---|---|---|---|
| | **txwb** | **12/02/19** | **19-52862** |
| | | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

| Debtor | **Kuberlaxmi LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
   Contact name _____
   Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49                  ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99                ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199              ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

■ $0 - $50,000                 ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000           ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000                 ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000           ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor **Kuberlaxmi LLC**     Case number (*if known*)
      Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 26, 2022**
MM / DD / YYYY

**X /s/ Jatin Bhakta**     **Jatin Bhakta**
Signature of authorized representative of debtor     Printed name

Title **Manager**

**18. Signature of attorney**

**X /s/ Jeff Carruth**     Date **November 26, 2022**
Signature of attorney for debtor     MM / DD / YYYY

**Jeff Carruth 24001846**
Printed name

**Weycer, Kaplan, Pulaski & Zuber, P.C.**
Firm name

**3030 Matlock Rd.**
**Suite 201**
**Arlington, TX 76015**
Number, Street, City, State & ZIP Code

Contact phone **(713) 341-1158**     Email address **jcarruth@wkpz.com**

**24001846 TX**
Bar number and State

# United States Bankruptcy Court
### Western District of Texas

In re **Kuberlaxmi LLC**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **November 26, 2022**

**/s/ Jatin Bhakta**  
**Jatin Bhakta**/**Manager**  
Signer/Title

Adair County Property Tax
106 W. Washington St.
Kirksville, MO 63501

Ameren Electric
PO Box 88068
Chicago, IL 60680-1068

Area Distributors
218 Vermont PO Box 1133
Quincy, IL 62306

Celtic Bank
268 S State Street
Suite 300
Salt Lake City, UT 84111

Celtic Bank (Atty)
ArmstrongTeasdale (G.Todd)
2345 Grand Blvd #1500
Kansas City, MO 64108

City of Kirksville (Water)
201 S. Franklin St.
Kirksville, MO 63501

Cloud 5 Support
354 Bimie Ave #200
Springfield, MO 01107

Direct TV (Cable)
PO Box 5006
Carol Stream, IL 60197-5006

Heidi Mcloud
3355 Cherry Ridge #214
San Antonio, TX 78230

Internal Revenue Service
Special Procedures Staff - Insolvency
P. O. Box 7346
Philadelphia, PA 19101-7346

Jatin & Priya Bhakta
1104 Zanderson Ave
Jourdanton, TX 78026


Joe Franey - Prop Tax Adj
10406 Manchester Rd.
Suite 200
St louis, MO 63122


Judy Mangus
PO Box 792772
San Antonio, tx 78279


Liberty Utilities (Gas)
2751 North High St
jackson, MO 85012


Missouri Dept of Revenue
301 W High St #102
Jefferson City, MO 65101


Missouri Dept. of Revenue
PO Box 475
Jefferson City, MO 65105-0475


RJ Cool Co
234 W 12th Ave.
Kansas City, MO 64116


SBA EIDL Loan
SBA District Office
615 E. Houston St., Suite 298
San Antonio, TX 78205


Scott Equipment, Inc.
234 W 12th Ave.
Kansas City, MO 64116


Sparklight (Phone)
210 E Earll Drive
Phoenix, AZ 82012


Texas Comptroller
P.O. Box 149356
Austin, TX 78714

Wyndham
14 Sylvan Way
Parsippany, NJ 07054