**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 02, 2022.**

_____
MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| IN RE: | § | |
|---|---|---|
| | § | |
| KUBERLAXMI LLC, | § | CASE NO. 22-51323-MMP |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | |

**ORDER GRANTING MOTION FOR EMERGENCY HEARING REGARDING (MOTION TO USE CASH COLLATERAL (RE: DOCKET NOS. 7 AND 8)**

On this day came on for consideration *Motion for Emergency Hearing regarding Motion to Use Cash Collateral* (the "Motion") regarding the *Motion to Use Cash Collateral* (Docket No. 7) (the "Motion to Use Cash Collateral") filed herein on December 2, 2022 by Kuberlaxmi LLC, the debtor and debtor in possession. The Court finds and concludes that the Motion for Emergency hearing should be granted.

IT IS THEREFORE ORDERED THAT the Court shall conduct an **Emergency hearing on the Motion to Use Cash Collateral on December 7, 2022 @9:30am in Courtroom #1, 3rd Floor, 615 E. Houston Street, San Antonio, Texas. The Debtor is responsible for notice.**

### END OF ORDER ###