# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 22–51323–mmp
Chapter No.: 11
Judge: Michael M Parker

IN RE: **Kuberlaxmi LLC** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on **3/8/23 at 09:30 AM**

Hearing to Consider and Act Upon the Following: (1.) IF PARTIES DO NOT WISH TO APPEAR IN PERSON CONTACT THE COURTROOM DEPUTY, DEANNA CASTLEBERRY BY TELEPHONE (210) 472–6720 EXT. 5735 OR BY E–MAIL AT deanna_castleberry@txwb.uscourts.gov to APPEAR VIA TELEPHONE OR WEBEX. (2.) IF YOU HAVE WITNESSES OR EXHIBITS YOU MUST APPEAR IN PERSON OR, IF GRANTED LEAVE OF COURT, BY WEBEX. (3.) IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E–MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov. ) (Related Document(s): 89 Motion for Relief from the Automatic Stay filed by Megan M. Adeyemo for Creditor Celtic Bank Corporation AND 90 Motion to Dismiss or Convert Bankruptcy Case filed by Megan M. Adeyemo for Creditor Celtic Bank Corporation (Attachments: # 1 Exhibit # 2 Proposed Order)) Hearing Scheduled For 3/8/2023 at 9:30 AM at SA Courtroom 1. (Castleberry, Deanna)

Dated: 2/16/23

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKapac]