| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **U.S. Bankruptcy Court, Western District of Texas** | | | | | |
| 2 | **San Antonio Division** | | | | | |
| 3 | **Debtor Name:** | | Kuberlaxmi LLC | | **AMENDED** | ☐ |
| 4 | **Case No.** | | 22-51323 | | | |
| 5 | | | | | | |
| 6 | **Monthly Operating report for Small Business Under Chapter 11** | | | | | |
| 7 | | | (Based upon Official Form 425C) | | | |
| 8 | Month: | 2023-03 | Date Filed: | | See file-stamp above | |
| 9 | Line of Business: | | Hotel | NAISC Code: | 7011 | |
| 10 | | | | | | |
| 11 | **In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete** | | | | | |
| 12 | Responsible Party: | | Jatin Bhakta | | | |
| 13 | Original Signature of Responsible | | /s/ Jatin Bhakta | | | |
| 14 | Printed Name of responsible party: | | Jatin Bhakta | | | |
| 15 | | | | | | |
| 16 | **1. QUESTIONNAIRE** | | | | | |
| 17 | ***Question*** | | | | | ***Response*** |
| 18 | ***If you answer NO to any of the questions in lines 1-9,attach an explanation and label it as Exhibit A.*** | | | | | |
| 19 | 1.  Did the business operate during the entire reporting period? | | | | | Yes |
| 20 | 2.  Do you plan to continue to operate the business next month? | | | | | Yes |
| 21 | 3.  Have you paid all of your bills on time? | | | | | Yes |
| 22 | 4.  Did you pay your employees on time? | | | | | Yes |
| 23 | 5.  Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | | | | | Yes |
| 24 | 6.  Have you timely filed your tax returns and paid all of your taxes? | | | | | Yes |
| 25 | 7.  Have you timely filed all other required government filings? | | | | | Yes |
| 26 | 8.  Are you current on  quarterly fee payments to the U.S. Trustee? | | | | | N/A |
| 27 | 9.  Have you timely paid all of your insurance premiums? | | | | | Yes |
| 28 | ***If you answer YES to any of the questions in lines 10-18, attach an explanation and label it as Exhibit B.*** | | | | | |
| 29 | 10.  Do you have any bank accounts open other than the DIP accounts? | | | | | No |
| 30 | 11.  Have you sold any assets other than inventory? | | | | | No |
| 31 | 12.  Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | | | | | No |
| 32 | 13.  Did any insurance company cancel your policy? | | | | | No |
| 33 | 14.  Did you have any unusual or significant unanticipated expenses? | | | | | No |
| 34 | 15.  Have you borrowed money from anyone or has anyone made any payments on your behalf? | | | | | No |
| 35 | 16.  Has anyone made an investment in your business? | | | | | No |
| 36 | 17.  Have you paid any bills you owed before you filed bankruptcy? | | | | | No |
| 37 | 18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | | | | | No |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 38 | | | | | | |
| 39 | | | **EXHIBIT A -- Explanations to Part 1 (if applicable).** | | | |
| 40 | Question No. | | | Explanation. | | |
| 41 | | | | | | |
| 42 | | | | | | |
| 43 | | | | | | |
| 44 | | | | | | |
| 45 | | | **EXHIBIT B -- Explanations to Part 1 (if applicable).** | | | |
| 46 | Question No. | | | Explanation. | | |
| 47 | | | | | | |
| 48 | | | | | | |
| 49 | | | | | | |
| 50 | | | | | | |
| 51 | | | | | | |

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 52 | **2.  SUMMARY OF CASH ACTIVITY FOR ALL ACCOUNTS** | | | | | |
| 53 | | | | | | |
| 54 | **19.  Total opening balance of all accounts** | | | | 38,636.41 | |
| 55 56 | This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case. | | | | | |
| 57 | **20.  Total cash receipts** | | | | | |
| 58 | Attach a listing of all cash received for the month and label it Exhibit C. Include all cash received even if you have not deposited it at the bank, collections on  receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of Exhibit C. | | | | | |
| 59 | *Report the total from Exhibit C here.* | | | | 32,940.26 | |
| 60 | | | | | | |
| 61 | **21.  Total cash disbursements** | | | | | |
| 62 | Attach a listing of all payments you made in the month and label it Exhibit D. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of Exhibit D. | | | | | |
| 63 | *Report the total from Exhibit D here.* | | | | 30,682.53 | |
| 64 | | | | | | |
| 65 | **22.  Net cash flow** | | | | 2,257.73 | |
| 66 67 | Subtract line 21 from line 20 and report the result here. This amount may be different from what you may have calculated as net profit. | | | | | |
| 68 | **23.  Cash on hand at end of month.** | | | | 40,894.14 | |
| 69 | Add line 22 + line 19. Report the result here. Report this figure as the cash on hand at the beginning of the month on your next operating report. This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit. | | | | | |
| 70 | | | | | | |
| 71 | **3.  UNPAID BILLS** | | | | | |
| 72 | | | | | | |
| 73 | Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it Exhibit E. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from Exhibit E here. | | | | | |
| 74 | **24.  Total Payables (Exhibit E)** | | | | 0.00 | |
| 75 | | | | | | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 76 | **4.  MONEY OWED TO THE DEBTOR** | | | | | |
| 77 | Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it Exhibit F. Identify who owes you money, how much is owed, and when payment is due. Report the total from Exhibit F here. | | | | | |
| 78 | **24.  Total Receivables (Exhibit F)** | | | | 0.00 | |
| 79 | | | | | | |
| 80 | **5. EMPLOYEES** | | | | | |
| 81 | 26. What was the number of employees when the case was filed? | | | | 4.00 | |
| 82 | 27. What is the number of employees as of the date of this monthly report? | | | | 4.00 | |
| 83 | | | | | | |
| 84 | **6. PROFESSIONAL FEES** | | | | | |
| 85 | 28. How much have you paid this month in professional fees related to this bankruptcy case? | | | | 0.00 | |
| 86 | 29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? | | | | 0.00 | |
| 87 | 30. How much have you paid this month in other professional fees? | | | | 0.00 | |
| 88 | 31. How much have you paid in total other professional fees since filing the case? | | | | 0.00 | |
| 89 | | | | | | |
| 90 | **7. PROJECTIONS** | | | | | |
| 91 | Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any. | | | | | |
| 92 | | | **Projected** | **Actual** | **Difference** | |
| 93 | 32. Cash receipts | | 28,595.00 | 32,940.26 | 4,345.26 | |
| 94 | 33. Cash disbursements | | 27,858.46 | 30,682.53 | (2,824.07) | |
| 95 | 34. Net cash flow | | 736.54 | 2,257.73 | **1,521.19** | |
| 96 | 35. Total projected cash receipts for the next month | | | | 28,595.00 | |
| 97 | 36. Total projected cash disbursements for the next month | | | | 27,858.46 | |
| 98 | 37. Total projected net cash flow for the next month: | | | | 736.54 | |
| 99 | | | | | | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 100 | **7. ADDITIONAL INFORMATION** | | | | | |
| 101 | If available, check the box to the left and attach copies of the following documents | | | | | |
| 102 | ☒ | 38. Bank statements for each open account (redact all but the last 4 digits of account | | | | |
| 103 | ☐ | 39. Bank reconciliation reports for each account. | | | | |
| 104 | ☐ | 40. Financial reports such as an income statement (profit & loss) and/or balance sheet. | | | | |
| 105 | ☐ | 41. Budget, projection, or forecast reports. | | | | |
| 106 | ☐ | 42. Project, job costing, or work-in-progress reports. | | | | |

|  | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Debtor | | | Kuberlaxmi LLC | | | |
| 2 | Case No. | | | 22-51323 | | | |
| 3 | MOR Month | | | 2023-03 | | | |
| 4 | | | | | | | |
| 5 | **EXHIBIT C - RECEIPTS** | | | | | | |
| 6 | | | | | | | |
| 7 | **Date** | **Payor / Source** | | | | | **Amount** |
| 8 | 3/1/2023 | Merchant BankCD Deposit | | | | | 1,480.21 |
| 9 | 3/2/2023 | Merchant BankCD Deposit | | | | | 825.00 |
| 10 | 3/3/2023 | Merchant BankCD Deposit | | | | | 1,253.53 |
| 11 | 3/6/2023 | Merchant BankCD Deposit | | | | | 507.32 |
| 12 | 3/6/2023 | Merchant BankCD Deposit | | | | | 736.46 |
| 13 | 3/6/2023 | Merchant BankCD Deposit | | | | | 168.28 |
| 14 | 3/6/2023 | Vis Cash App Cash Out Vis EFT | | | | | 344.38 |
| 15 | 3/7/2023 | Merchant BankCD Deposit | | | | | 3,339.61 |
| 16 | 3/8/2023 | Merchant BankCD Deposit | | | | | 138.39 |
| 17 | 3/9/2023 | Merchant BankCD Deposit | | | | | 286.03 |
| 18 | 3/10/2023 | Merchant BankCD Deposit | | | | | 2,392.50 |
| 19 | 3/13/2023 | Merchant BankCD Deposit | | | | | 819.86 |
| 20 | 3/13/2023 | Merchant BankCD Deposit | | | | | 695.00 |
| 21 | 3/14/2023 | Merchant BankCD Deposit | | | | | 2,350.00 |
| 22 | 3/15/2023 | Merchant BankCD Deposit | | | | | 78.53 |
| 23 | 3/16/2023 | Merchant BankCD Deposit | | | | | 1,515.00 |
| 24 | 3/17/2023 | Vis Cash App Cash Out Vis EFT | | | | | 661.30 |
| 25 | 3/17/2023 | Merchant BankCD Deposit | | | | | 532.06 |
| 26 | 3/20/2023 | Merchant BankCD Deposit | | | | | 770.00 |
| 27 | 3/20/2023 | Merchant BankCD Deposit | | | | | 732.31 |
| 28 | 3/20/2023 | Merchant BankCD Deposit | | | | | 462.31 |
| 29 | 3/21/2023 | Final Cred -32922 | | | | | 15.63 |
| 30 | 3/21/2023 | Merchant BankCD Deposit | | | | | 2,350.00 |
| 31 | 3/22/2023 | Merchant BankCD Deposit | | | | | 529.50 |
| 32 | 3/23/2023 | Merchant BankCD Deposit | | | | | 2,157.21 |
| 33 | 3/24/2023 | Merchant BankCD Deposit | | | | | 828.53 |
| 34 | 3/27/2023 | Merchant BankCD Deposit | | | | | 574.40 |
| 35 | 3/27/2023 | Merchant BankCD Deposit | | | | | 317.86 |
| 36 | 3/27/2023 | Merchant BankCD Deposit | | | | | 59.83 |
| 37 | 3/28/2023 | Merchant BankCD Deposit | | | | | 2,350.00 |
| 38 | 3/29/2023 | Merchant BankCD Deposit | | | | | 498.53 |
| 39 | 3/30/2023 | Merchant BankCD Deposit | | | | | 1,630.00 |
| 40 | 3/30/2023 | Merchant BankCD Deposit | | | | | 97.25 |
| 41 | 3/31/2023 | Vis Cash App Cash Out Vis EFT | | | | | 1,443.44 |
| 42 | | | | | | | |
| 43 | *Add additional* | **TOTAL** | | | | | **32,940.26** |

|   | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Debtor | | | Kuberlaxmi LLC | | | | | |
| 2 | Case No. | | | 22-51323 | | | | | |
| 3 | MOR Month | | | 2023-03 | | | | | |
| 4 | | | | | | | | | |
| 5 | **EXHIBIT D - DISBURSEMENTS** | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | **Date** | **Payee** | | | | **Purpose** | | | **Amount** |
| 8 | 3/2/2023 | First Insurance Insurance | | | | PROPERTY INSURANCE | | | 3,023.71 |
| 9 | 3/2/2023 | Vis Southwes 5262426 Vis EFT | | | | AIRLINE TO MO | | | 667.96 |
| 10 | 3/3/2023 | Anand Systems | | | | CHECK IN  SYSTEM GUETS | | | 160.00 |
| 11 | 3/3/2023 | Merchant BankCD Discout | | | | CREDIT CARD FEE | | | 436.27 |
| 12 | 3/3/2023 | Vis Burger King | | | | TRAVEL EXPENSE | | | 11.10 |
| 13 | 3/3/2023 | Vis Beeline | | | | TRAVEL EXPENSE | | | 5.19 |
| 14 | 3/6/2023 | Vis CMSVEND *Blue Ribbon | | | | TRAVEL EXPENSE | | | 2.60 |
| 15 | 3/6/2023 | Vis CONOCO - Baltimore | | | | TRAVEL EXPENSE | | | 77.11 |
| 16 | 3/6/2023 | Vis CMSVEND *Blue Ribbon | | | | TRAVEL EXPENSE | | | 2.60 |
| 17 | 3/6/2023 | Vis CMSVEND *Blue Ribbon | | | | TRAVEL EXPENSE | | | 2.60 |
| 18 | 3/6/2023 | Vis Hardees | | | | EMPLOYEE LUNCH | | | 21.07 |
| 19 | 3/6/2023 | Vis CMSVEND *Blue Ribbon | | | | TRAVEL EXPENSE | | | 2.60 |
| 20 | 3/6/2023 | Vis Wendy's | | | | EMPLOYEE LUNCH | | | 22.14 |
| 21 | 3/6/2023 | Vis Bellacinos Pizza | | | | EMPLOYEE LUNCH | | | 15.63 |
| 22 | 3/7/2023 | Vis Wal-mart | | | | SUPPLIES | | | 163.40 |
| 23 | 3/7/2023 | Vis Little Caesars | | | | EMPLOYEE LUNCH | | | 19.49 |
| 24 | 3/8/2023 | Kuberlaxmi LLC Tax | | | | PAYROLL TAX | | | 679.38 |
| 25 | 3/8/2023 | Vis Cash App* Jessica Mo | | | | FOR SUPPLIES | | | 278.00 |
| 26 | 3/8/2023 | Kuberlaxmi LLC Bill | | | | PAYROLL FEE | | | 54.20 |
| 27 | 3/8/2023 | Kuberlazmi LLC Net Pay | | | | PAY ROLL | | | 3,090.53 |
| 28 | 3/8/2023 | Vis BP | | | | TRAVEL EXPENSE | | | 3.57 |
| 29 | 3/8/2023 | Vis Airport Security | | | | TRAVEL EXPENSE | | | 55.92 |
| 30 | 3/8/2023 | Vis Budget Rent a Car | | | | TRAVEL EXPENSE | | | 396.15 |
| 31 | 3/8/2023 | Vis BP | | | | TRAVEL EXPENSE | | | 42.91 |
| 32 | 3/9/2023 | Vis DTV *Direct TV | | | | CABLE | | | 1,397.67 |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 7 | Date | Payee | | | | Purpose | | | Amount |
| 33 | 3/9/2023 | Vis Caseys | | | | TRAVEL EXPENSE | | | 17.75 |
| 34 | 3/9/2023 | Vis Caseys | | | | TRAVEL EXPENSE | | | 2.96 |
| 35 | 3/13/2023 | Outgoing IBIZ Wire | | | | BANK FEE | | | 15.00 |
| 36 | 3/13/2023 | Wire Out 0930 Celtic Bank | | | | CELTIC BANK | | | 5,000.00 |
| 37 | 3/14/2023 | HD Supply | | | | SUPPLIES | | | 629.21 |
| 38 | 3/15/2023 | Surcharge | | | | BANK FEE | | | 3.00 |
| 39 | 3/15/2023 | WTH 1301 Oak Street | | | | CLEAN UP PAY | | | 200.00 |
| 40 | 3/15/2023 | WTH EFT Service Charge | | | | BANK FEE | | | 2.00 |
| 41 | 3/16/2023 | Check #1072 | | | | OCCP TAX | | | 890.37 |
| 42 | 3/16/2023 | Sparklight New W | | | | PHONE / INTERNET | | | 737.43 |
| 43 | 3/16/2023 | POS In *Partners Financ | | | | DRYER RENTAL | | | 182.65 |
| 44 | 3/17/2023 | POS Doordash | | | | DISPUTE- EMPLOEE LUNCH | | | 9.99 |
| 45 | 3/23/2023 | Amerenmo Util pay | | | | ELECTRIC PAY | | | 2,551.44 |
| 46 | 3/21/2023 | Kirksville City MO payment | | | | WATER | | | 746.80 |
| 47 | 3/21/2023 | Liberty Energy M Bill pay | | | | NATURAL GAS | | | 681.37 |
| 48 | 3/22/2023 | Kuberlaxmi LLC Net Pay | | | | PAYROLL | | | 4,023.82 |
| 49 | 3/22/2023 | Kuberlaxmi LLC Tax | | | | PAY ROLL TAX | | | 767.79 |
| 50 | 3/22/2023 | Kuberlaxmi LLC Bill | | | | PAYROLL FEE | | | 56.44 |
| 51 | 3/27/2023 | Surcharge | | | | BANK FEE | | | 3.00 |
| 52 | 3/27/2023 | WTH 1301 Oak Street | | | | MAINTANCE FOR INSPECTION | | | 500.00 |
| 53 | 3/27/2023 | WTH EFT Service Charge | | | | BANK FEE | | | 2.00 |
| 54 | 3/29/2023 | First Insurance Insurance | | | | PROPERTY INSURANCE | | | 3,023.71 |
| 55 | 3/31/2023 | Maintenance fee | | | | BANK FEE | | | 4.00 |
| 56 | | | | | | | | | |
| 57 | | | | | | | | | |
| 58 | | | | | | | | | |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |

|    | A | B | C | D | E | F | G | H | I |
|----|------|------|------|------|------|------|------|------|------|
| 7 | **Date** | **Payee** | | | | **Purpose** | | | **Amount** |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | | | | | | | | | |
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |
| 69 | | | | | | | | | |
| 70 | | | | | | | **TOTAL** | | **30,682.53** |
| 71 | *Add additional rows as necessary.* | | | | | | | | |

|  | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Debtor | | | | Kuberlaxmi LLC | | | | | |
| 2 | Case No. | | | | 22-51323 | | | | | |
| 3 | MOR Month | | | | 2023-03 | | | | | |
| 4 | | | | | | | | | | |
| 5 | **EXHIBIT E - UNPAID BILLS (PAYABLES)** | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | **Date Incurred** | **Date Due** | **Creditor Name** | | | | **Purpose** | | | **Amount** |
| 8 | | | | | | | | | | 0.00 |
| 9 | | | None. | | | | | | | 0.00 |
| 10 | | | | | | | | | | 0.00 |
| 11 | | | | | | | | | | 0.00 |
| 12 | | | | | | | | | | 0.00 |
| 13 | | | | | | | | | | 0.00 |
| 14 | | | | | | | | | | 0.00 |
| 15 | | | | | | | | | | 0.00 |
| 16 | | | | | | | | | | 0.00 |
| 17 | | | | | | | | | | 0.00 |
| 18 | | | | | | | | | | 0.00 |
| 19 | | | | | | | | | | 0.00 |
| 20 | | | | | | | | | | 0.00 |
| 21 | | | | | | | | | | 0.00 |
| 22 | | | | | | | | | | 0.00 |
| 23 | | | | | | | | | | 0.00 |
| 24 | | | | | | | | | | 0.00 |
| 25 | | | | | | | | | | 0.00 |
| 26 | | | | | | | | **TOTAL** | | **0.00** |
| 27 | *Add additional rows as necessary.* | | | | | | | | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | Debtor | | | | Kuberlaxmi LLC | |
| 2 | | Case No. | | | | 22-51323 | |
| 3 | | MOR Month | | | | 2023-03 | |
| 4 | | | | | | | |
| 5 | | **EXHIBIT F - MONEY OWED TO DEBTOR (RECEIVABLES)** | | | | | |
| 6 | | | | | | | |
| 7 | **Date Incurred** | **Date Due** | **Customer / Obligor Name** | | | | **Amount** |
| 8 | | | | | | | |
| 9 | | | None. | | | | 0.00 |
| 10 | | | | | | | 0.00 |
| 11 | | | | | | | 0.00 |
| 12 | | | | | | | 0.00 |
| 13 | | | | | | | 0.00 |
| 14 | | | | | | | 0.00 |
| 15 | | | | | | | 0.00 |
| 16 | | | | | | | 0.00 |
| 17 | | | | | | | 0.00 |
| 18 | | | | | | | 0.00 |
| 19 | | | | | | | 0.00 |
| 20 | | | | | | | 0.00 |
| 21 | | | | | | | 0.00 |
| 22 | | | | | | | 0.00 |
| 23 | | | **TOTAL** | | | | **0.00** |
| 24 | *Add additional rows as necessary.* | | | | | | |

# ⬟ BROADWAY BANK

*1177 N.E. Loop 410*
*San Antonio, TX 78209*

Account Number

Page 1 of 4        1

*broadway.bank*
*800.531.7650*

KUBERLAXMI LLC
1104 ZANDERSON AVE
JOURDANTON TX 78026-3534

# Bank Statement
## SUMMARY OF ACCOUNTS

| Account Type | Account # | Balance as of Mar 31, 2023 | YTD Interest |
|---|---|---|---|
| ESSENTIAL BUSINESS CHECKING | ▮▮▮▮ | $40,894.14 | $0.00 |

This statement reports your balances and activity from Feb 28, 2023 thru Mar 31, 2023 on the following accounts.

| ESSENTIAL BUSINESS CHECKING | Account # ▮▮▮▮ | Balance: $40,894.14 |
|---|---|---|
| **Balance Last Statement** | | **38,636.41** |

| Deposits/Credits | | 32,940.26 |
|---|---|---|
| Mar 01 | MERCHANT BANKCD DEPOSIT 497233246881 | 1,480.21 |
| Mar 02 | MERCHANT BANKCD DEPOSIT 497233246881 | 825.00 |
| Mar 03 | MERCHANT BANKCD DEPOSIT 497233246881 | 1,253.53 |
| Mar 06 | MERCHANT BANKCD DEPOSIT 497233246881 | 507.32 |
| Mar 06 | MERCHANT BANKCD DEPOSIT 497233246881 | 736.46 |
| Mar 06 | MERCHANT BANKCD DEPOSIT 497233246881 | 168.28 |
| Mar 06 | VIS CASH APP*CASH OUT VIS EFT RF#961312 Visa Direct CA CARD#7197 | 344.38 |
| Mar 07 | MERCHANT BANKCD DEPOSIT 497233246881 | 3,339.61 |
| Mar 08 | MERCHANT BANKCD DEPOSIT 497233246881 | 138.39 |
| Mar 09 | MERCHANT BANKCD DEPOSIT 497233246881 | 286.03 |
| Mar 10 | MERCHANT BANKCD DEPOSIT 497233246881 | 2,392.50 |
| Mar 13 | MERCHANT BANKCD DEPOSIT 497233246881 | 819.86 |
| Mar 13 | MERCHANT BANKCD DEPOSIT 497233246881 | 695.00 |
| Mar 14 | MERCHANT BANKCD DEPOSIT 497233246881 | 2,350.00 |
| Mar 15 | MERCHANT BANKCD DEPOSIT 497233246881 | 78.53 |
| Mar 16 | MERCHANT BANKCD DEPOSIT 497233246881 | 1,515.00 |
| Mar 17 | VIS CASH APP*CASH OUT VIS EFT RF#218856 Visa Direct CA CARD#7197 | 661.30 |
| Mar 17 | MERCHANT BANKCD DEPOSIT 497233246881 | 532.06 |
| Mar 20 | MERCHANT BANKCD DEPOSIT 497233246881 | 770.00 |
| Mar 20 | MERCHANT BANKCD DEPOSIT 497233246881 | 732.31 |
| Mar 20 | MERCHANT BANKCD DEPOSIT 497233246881 | 462.31 |
| Mar 21 | Final Cred- 32922 | 15.63 |
| Mar 21 | MERCHANT BANKCD DEPOSIT 497233246881 | 2,350.00 |

**BROADWAY** B A N K

1177 N.E. Loop 410
San Antonio, TX 78209

broadway.bank
800.531.7650

## Deposits/Credits

| | | |
|---|---|---:|
| Mar 22 | MERCHANT BANKCD DEPOSIT 497233246881 | 529.50 |
| Mar 23 | MERCHANT BANKCD DEPOSIT 497233246881 | 2,157.21 |
| Mar 24 | MERCHANT BANKCD DEPOSIT 497233246881 | 828.53 |
| Mar 27 | MERCHANT BANKCD DEPOSIT 497233246881 | 574.40 |
| Mar 27 | MERCHANT BANKCD DEPOSIT 497233246881 | 317.86 |
| Mar 27 | MERCHANT BANKCD DEPOSIT 497233246881 | 59.83 |
| Mar 28 | MERCHANT BANKCD DEPOSIT 497233246881 | 2,350.00 |
| Mar 29 | MERCHANT BANKCD DEPOSIT 497233246881 | 498.53 |
| Mar 30 | MERCHANT BANKCD DEPOSIT 497233246881 | 1,630.00 |
| Mar 30 | VIS CASH APP*CASH OUT VIS EFT RF#288041 Visa Direct CA CARD#1879 | 97.25 |
| Mar 31 | MERCHANT BANKCD DEPOSIT 497233246881 | 1,443.44 |

| Total Debits | 30,682.53 |
|---|---:|

| Checks Written | 890.37 |
|---|---:|

| Check # | Date Paid | Amount | Check # | Date Paid | Amount |
|---|---|---|---|---|---|
| 1072 | 03-16 | 890.37 | | | |

## Other Withdrawals

| | | |
|---|---|---:|
| Mar 02 | FIRST INSURANCE INSURANCE 900-97772149 | 3,023.71 |
| Mar 02 | VIS SOUTHWES 5262426 VIS EFT RF#038030 800-435-9792 TX CARD#7197 | 667.96 |
| Mar 03 | ANAND SYSTEMS IN ACH 800-431-4786 | 160.00 |
| Mar 03 | MERCHANT BANKCD DISCOUNT 497233246881 | 436.27 |
| Mar 03 | VIS BURGER KING #23775 VIS EFT RF#000088 ST CHARLES MO CARD#7197 | 11.10 |
| Mar 03 | VIS BEELINE #18 VIS EFT RF#009143 SHELBINA MO CARD#7197 | 5.19 |
| Mar 06 | VIS CMSVEND*BLUE RIBBON VIS EFT RF#069246 MOBERLY MO CARD#7197 | 2.60 |
| Mar 06 | VIS CONOCO - BALTIMORE VIS EFT RF#089692 KIRKSVILLE MO CARD#7197 | 77.11 |
| Mar 06 | VIS CMSVEND*BLUE RIBBON VIS EFT RF#069261 MOBERLY MO CARD#7197 | 2.60 |
| Mar 06 | VIS CMSVEND*BLUE RIBBON VIS EFT RF#069253 MOBERLY MO CARD#7197 | 2.60 |
| Mar 06 | VIS HARDEES 1503920 VIS EFT RF#032749 KIRKSVILLE MO CARD#7197 | 21.07 |
| Mar 06 | VIS CMSVEND*BLUE RIBBON VIS EFT RF#050337 MOBERLY MO CARD#7197 | 2.60 |
| Mar 06 | VIS WENDY'S 13422 VIS EFT RF#066096 KIRKSVILLE MO CARD#7197 | 22.14 |
| Mar 06 | VIS BELLACINOS PIZZA AN VIS EFT RF#027067 KIRKSVILLE MO CARD#7197 | 15.63 |
| Mar 07 | VIS WAL-MART #0189 VIS EFT RF#035724 KIRKSVILLE MO CARD#7197 | 163.40 |
| Mar 07 | VIS Little Caesars 3158 VIS EFT RF#083397 561-419-3994 MO CARD#7197 | 19.49 |
| Mar 08 | KUBERLAXMI LLC TAX IMPND 588898 | 679.38 |
| Mar 08 | VIS CASH APP*JESSICA MO VIS EFT RF#020121 8774174551 CA CARD#7197 | 278.00 |
| Mar 08 | KUBERLAXMI LLC BILL IMPND 588898 | 54.20 |
| Mar 08 | KUBERLAXMI LLC NET PAY 588898 | 3,090.53 |
| Mar 08 | VIS BP#9648007MACON AMO VIS EFT RF#036212 MACON MO CARD#7197 | 3.57 |
| Mar 08 | VIS AIRPORT SECURITY PA VIS EFT RF#089460 SAN ANTONIO TX CARD#7197 | 55.92 |
| Mar 08 | VIS BUDGET RENT A CAR VIS EFT RF#075417 SAINT LOUIS MO CARD#7197 | 396.15 |
| Mar 08 | VIS BP#9648007MACON AMO VIS EFT RF#036215 MACON MO CARD#7197 | 42.91 |
| Mar 09 | VIS DTV*DIRECTV SERVICE VIS EFT RF#006514 800-347-3288 CA CARD#7197 | 1,397.67 |
| Mar 09 | VIS CASEYS #3784 VIS EFT RF#017310 TROY MO CARD#7197 | 17.75 |
| Mar 09 | VIS CASEYS #3784 VIS EFT RF#017302 TROY MO CARD#7197 | 2.96 |
| Mar 13 | OUTGOING IBIZ WIRE | 15.00 |
| Mar 13 | WIRE OUT 0930 CELTIC BANK CELTIC BANK CORPOR | 5,000.00 |

**BROADWAY** B A N K

*1177 N.E. Loop 410*
*San Antonio, TX 78209*

*broadway.bank*
*800.531.7650*

## Other Withdrawals

| Date | Description | Amount |
|---|---|---|
| Mar 14 | HD SUPPLY FM BT0313 000000213658507 | 629.21 |
| Mar 15 | Surcharge WTH EFT RF#009198 | 3.00 |
| Mar 15 | WTH 1301 OAK STREET WTH EFT RF#009198 JOURDANTON TX CARD#7197 | 200.00 |
| Mar 15 | WTH EFT SERVICE CHARGE RF#009198 | 2.00 |
| Mar 16 | Sparklight New W Sparklight CABREG075528504 | 737.43 |
| Mar 16 | POS IN *PARTNERS FINANC POS EFT RF#077116 816-5501273 MO CARD#7197 | 182.65 |
| Mar 17 | POS DOORDASH DASHPASS POS EFT RF#096154 WWW DOORDASH CA CARD#7197 | 9.99 |
| Mar 20 | AMERENMO UTIL PAY 6341001234 | 2,551.44 |
| Mar 21 | Kirksville CtyMO Payment 1716731-0000017 | 746.80 |
| Mar 21 | LIBERTY ENERGY M BILL PAY 77305938 | 681.37 |
| Mar 22 | KUBERLAXMI LLC NET PAY 588898 | 4,023.82 |
| Mar 22 | KUBERLAXMI LLC TAX IMPND 588898 | 767.79 |
| Mar 22 | KUBERLAXMI LLC BILL IMPND 588898 | 56.44 |
| Mar 27 | Surcharge WTH EFT RF#009687 | 3.00 |
| Mar 27 | WTH 1301 OAK STREET WTH EFT RF#009687 JOURDANTON TX CARD#1879 | 500.00 |
| Mar 27 | WTH EFT SERVICE CHARGE RF#009687 | 2.00 |
| Mar 29 | FIRST INSURANCE INSURANCE 900-97772149 | 3,023.71 |
| Mar 31 | Maintenance Fee | 4.00 |

## Balance This Statement                                                40,894.14

### Running Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02-28 | $38,636.41 | 03-10 | $39,455.61 | 03-22 | $34,469.80 |
| 03-01 | $40,116.62 | 03-13 | $35,955.47 | 03-23 | $36,627.01 |
| 03-02 | $37,249.95 | 03-14 | $37,676.26 | 03-24 | $37,455.54 |
| 03-03 | $37,890.92 | 03-15 | $37,549.79 | 03-27 | $37,902.63 |
| 03-06 | $39,501.01 | 03-16 | $37,254.34 | 03-28 | $40,252.63 |
| 03-07 | $42,657.73 | 03-17 | $38,437.71 | 03-29 | $37,727.45 |
| 03-08 | $38,195.46 | 03-20 | $37,850.89 | 03-30 | $39,454.70 |
| 03-09 | $37,063.11 | 03-21 | $38,788.35 | 03-31 | $40,894.14 |

E N D   O F   S T A T E M E N T

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT, PLEASE CONTACT DEPOSIT OPERATIONS**
**By Phone: 210.283.6500/800.531-7650 * By Mail:  P.O. Box 17001, San Antonio, TX  78217**

**In Case of Errors or Questions About Your Electronic Transfers** (e.g. ATM or debit card transactions, direct deposits or withdrawals) Telephone us at 210.283.6500 or 800.531.7650 or write us at Card Operations, P.O. Box 17001, San Antonio, TX 78217 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 30 days after we sent you the FIRST statement on which the error or problem appeared.  (1)Include your name and account number; (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and (3) Tell us the dollar amount of the suspected error.  (If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.)

We will investigate and if we find we have made an error, we will credit your account when the investigation has been completed.

**Reporting Other Problems** (e.g. Unauthorized Signature or Alteration)  You must examine your statement promptly and notify us in writing, within 30 days after the date your statement was mailed or otherwise made available to you, of the facts relevant to any errors, problems or unauthorized transactions on your account.  If you fail to report any unauthorized signatures, alterations, or forgeries within 30 days of when your statement was sent or made available, you cannot assert a claim against us and the loss will be entirely yours.

**Deposit Agreement** Your account is governed by the terms of your Deposit Agreement, the Fee Schedule, and other disclosures provided at account opening and amended from time to time.  Copies of the current versions of these documents are available at any Banking Center or by calling 210.283.6500 or 800.531.7650.

Ck# 1072 Amt $890.37 3-16-2023